UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JESSE GERALD DAVIS,<br><br>　　　　　　　　　Defendant. | NO: 2:20-CR-0138-TOR<br><br>ORDER GRANTING ORAL MOTION TO DISMISS |

A Pretrial Conference/Motions Hearing was held in this matter on November 9, 2021. Defendant was present, out of custody, with his counsel, Andrea K. George. Richard R. Barker appeared on behalf of the government. At the hearing, Defendant entered into a Pretrial Diversion Agreement with the government. ECF No. 58. At the conclusion of the hearing, the Court accepted the Agreement and the government orally moved to dismiss the Indictment filed on October 21, 2020, without prejudice. Pursuant to the Agreement, the Court dismisses the Indictment without prejudice but retains jurisdiction over the matter for the entire period of the diversion.

ORDER GRANTING ORAL MOTION TO DISMISS ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The government's oral Motion to Dismiss the Indictment (ECF No. 17) is **GRANTED** without judgment on the merits or wisdom of the dismissal. The Indictment filed on October 21, 2020, is **DISMISSED** without prejudice.

2. The Court retains jurisdiction over this matter for the entire period of diversion.

3. All pending deadlines and hearing and trial dates are **STRICKEN**.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED November 9, 2021.



THOMAS O. RICE
United States District Judge

ORDER GRANTING ORAL MOTION TO DISMISS ~ 2